UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID OPPENHEIMER and <br> PERFORMANCE IMPRESSIONS, LLC, <br><br> Plaintiffs <br><br> v. <br><br> GAVEL MEDIA, INC. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action |

COMPLAINT
AND CLAIM FOR TRIAL BY JURY

This is an Action for damages under the Copyright Laws of the United States, 17 U.S.C. §§101 et seq.  Plaintiffs allege that Defendant wrongfully copied a photograph of musician Bob Dylan and used and displayed it without permission on Defendant's website, "The Gavel Online."  Plaintiffs are also seeking damages under the Digital Millennium Copyright Act for the alteration or removal from said photographs of Plaintiffs' copyright management information as this term is defined in 17 U.S.C. §§1201-1203.  Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §1338(a) and proper venue exists under 28 U.S.C. §1400(a).

1.  Plaintiff, DAVID OPPENHEIMER (hereinafter, "Oppenheimer") is a professional photographer residing in Asheville, North Carolina.

2. Plaintiff, PERFORMANCE IMPRESSIONS, LLC (hereinafter, "Performance Impressions") is a limited liability company duly organized by law in the State of North Carolina with a mailing address of P. O. Box 8105, Asheville, North Carolina 28814. Oppenheimer is the principal of Performance Impressions through which he licenses his photographs including the one that is the subject of this Action. Oppenheimer and Performance Impressions are sometimes collectively referred to as the Plaintiffs.

3. Defendant, Gavel Media, Inc. ("Gavel Media") is a corporation duly organized under the laws of the Commonwealth of Massachusetts having a principal place of business at 10 Stone Avenue, Chestnut Hill, Massachusetts 02467.

4. In or around 2013, Oppenheimer photographed musician, Bob Dylan ("Dylan"). The photograph of Dylan that is the subject of this Action (the "Dylan Photograph") was published on the website of Performance Impression at www.performanceimpressions.com. The Dylan Photograph was published with the following copyright management information clearly visible on the image: "© 2013 David Oppenheimer/Performance Impressions." A copy of the Dylan Photograph is attached hereto as "Exhibit A" and is incorporated herein by reference.

5. Oppenheimer is the author of the Dylan Photograph and he has at all times continuously owned all of the rights to the Dylan Photograph including the copyright thereto. The Dylan Photograph was registered with the U.S. Copyright Office under Copyright Registration Number VAu 1-140-655, effective May 7, 2013. See the Certificate of Registration, a copy of which is attached hereto as "Exhibit B," which is incorporated herein by reference.

6. Gavel Media, its agents, servants or employees copied the Dylan Photograph and used, displayed and/or distributed it without the permission or authority of either Oppenheimer or Performance Impressions on its website, "The Gavel Online." Plaintiffs discovered

Defendant's unauthorized use of the Dylan Photograph on or about July 28, 2013. A copy of the Dylan Photograph as it was used by Gavel Media is attached hereto as "Exhibit C" and is incorporated herein by reference.

7.  The reproduction, use, display and/or distribution of the Dylan Photograph by Gavel Media, or its agents, servants or employees on its website without the permission or authority of either Oppenheimer or Performance Impressions is a violation of Oppenheimer's exclusive rights to the Dylan Photograph under the Copyright Act, 17 U.S.C. §101 et seq.

8.  As a result, Oppenheimer's copyright to the Dylan Photograph has been infringed for which Plaintiffs are entitled to their damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

WHEREFORE, Plaintiffs, DAVID OPPENHEIMER and PERFORMANCE IMPRESSIONS, LLC, demand judgment against Defendant, GAVEL MEDIA, INC., as follows:

a)  That Gavel Media be required to deliver up for impoundment the original and all copies of the Dylan Photograph, in all forms whatsoever, which are in Gavel Media's possession or under its control, including all printed copies and all copies in magnetic, electronic and digital format, as well as all copies posted or displayed on any of Gavel Media's websites and social media pages, and that Gavel Media be permanently enjoined from using said Photograph in any way whatsoever.

b)  That Gavel Media be required to pay to Oppenheimer and Performance Impressions such actual damages as they have sustained in consequence of Gavel Media's use and infringement of Oppenheimer's copyrights to the Dylan Photograph, and to account for all

gains, profits and advantages derived by Gavel Media from its use and infringement of Oppenheimer's said Photograph;

   c)   In lieu of Plaintiffs' actual damages and Gavel Media's profits, that Gavel Media be required to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000, or if the Court finds that the infringement was committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000;

   d)   That Gavel Media pay Plaintiffs their costs together with reasonable attorney's fees in an amount to be determined by this Court;

   e)   That Plaintiffs have such other and further relief as is deemed to be just and proper.

### PLAINTIFFS CLAIMS TRIAL BY JURY

DAVID OPPENHEIMER and
PERFORMANCE IMPRESSIONS, INC.
By their attorney,

/s Andrew D. Epstein
_____
Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
Boston, Massachusetts 02110
(617) 482-4900
Fax: (617) 426-5251
Photolaw@aol.com

Dated:  July 20, 2016