# Exhibit C

# Use of the Photograph on Gavel Online

# THE GAVEL ONLINE
Progressive News Source of Boston College

NEWS · OPINIONS · FEATURES · CULTURE · SPORTS · BLOGS · PRINT

YOU ARE HERE: HOME » BLOGS THE CUBICLE DIARIES

## The Cubicle Diaries V: Bob Dylan, Moses and Candy Crush addictions

BY JAKE MILLER, ASSOC. SPORTS EDITOR, ON JUNE 23, 2013 11:20 PM

Bob Dylan once said, "Oh the times, they are a-changin'."



Bob Dylan, the man whose hair is only slightly more deranged than his eyebrows.
Photo courtesy of Covers_Photos_Magazine / Flickr


Candy Crush: A destructive crush

### RELATED ARTICLES
The Cubicle Diaries VI: Stanley Cup hangover
The Cubicle Diaries X: I work with children
The Cubicle Diaries IX: Some reasons to give up on the human race
The Cubicle Diaries VIII: 13 items or less
Confessions of a Teenage Theater Geek – Jersey Boys
BC Supervision Academy: the BC Beach
I know what you tweeted last summer: Miley Cyrus
Can't Stand the Heat: Salmon Vegetable Chowder
Capital Views: The one where the intern does something right
Confessions of a Teenage Theater Geek – Chicago


GET SERIOUS about Your Business
15% OFF


LOCALVOX: THE VOICE OF LOCAL


Photo courtesy of thefacaches / Flickr


POPULAR TOPICS
social media, election 2012, Boston, summer blogs, LOL, football


RECENT COMMENTS


GET SERIOUS about Your Business
15% OFF

**0 Comments**
You can be the first one to leave a comment

**Leave a Comment**



HOME ABOUT CONTACT JOIN LOG IN